IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-146-D

| | | |
|---|---|---|
| GWENDOLYN MCGRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROXIE AVE TREATMENT CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

On September 2, 2011, United States Magistrate Judge William A. Webb issued a Memorandum and Recommendation ("M&R") [D.E. 15]. In that M&R, Judge Webb recommended that Cumberland County Area Mental Health, Developmental Disabilities and Substance Abuse Authority's motion to dismiss [D.E. 9] be granted. No party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Cumberland County Area Mental Health, Developmental Disabilities and Substance Abuse Authority's motion to dismiss [D.E. 9] is GRANTED and plaintiff's complaint is DISMISSED.

SO ORDERED. This _5_ day of October 2011.

JAMES C. DEVER III
United States District Judge